**FILED**

JUL 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 2:07-cr-00086-FCD

ORDER ALLOWING WITHDRAWL OF
GUILTY PLEA TO COUNT TWO

vs.

JOSE FLORES LOPEZ
        Defendant

Based upon the stipulation of the parties and consistent with the sixty month sentence contemplated by the plea agreement, it is hereby **ORDERED** that the defendant shall be allowed to withdraw his previously entered guilty plea to Count Two of the Superseding Information.

Date: July 21, 2008

**SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

-1-